

**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 29, 2007

**MEMO ENDORSED**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1368

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

RE:  Weal v. Arrow
     07 CV 8223 (LAK)

Dear Judge Kaplan:

I represent the plaintiff in the above referenced matter and am writing to request cancellation of the conference scheduled for November 9, 2007. The parties have settled the matter. I anticipate filing the stipulation once the settlement funds have been received cleared my escrow account.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein

cc:  Paul C. Ziebert, Esq. (via email)

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 12/1/07, if the settlement is not consummated by then.

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.

11/1/07